# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Christopher Jermaine Jones            Docket No. 5:02-CR-247-1BO

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Jermaine Jones, who, upon an earlier plea of guilty to 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute at Least 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 20, 2003, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall support his or her dependants.

Christopher Jermaine Jones was released from custody on September 10, 2010, at which time the term of supervised release commenced.

On March 30, 2011, the court was notified that the defendant tested positive for marijuana and was placed back in our Surprise Urinalysis Program for close monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 17, 2011, the defendant signed an admission of use form admitting to smoking marijuana on April 10, 2011, and May 8, 2011. Jones was offered substance abuse treatment and participation in the HOPE Reentry Court Program; however, he declined both. We are recommending that he perform 24 hours of Community Service as a sanction for his drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher Jermaine Jones
Docket No. 5:02-CR-247-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: July 12, 2011

## ORDER OF COURT

Considered and ordered this 13 day of July, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge