UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:02-CR-247-1BO

| United States Of America | ) | |
| --- | --- | --- |
| | ) | ORDER TERMINATING |
| vs. | ) | SUPERVISION |
| | ) | |
| Christopher Jermaine Jones | ) | |

On March 20, 2003, Christopher Jermaine Jones appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute and Possess With the Intent to Distribute at Least 50 Grams of Cocaine Base (Crack), was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Christopher Jermaine Jones was released from custody and the term of supervised release commenced on September 10, 2010.

From evidence presented at the revocation hearing on August 22, 2012, the court found as a fact that Christopher Jermaine Jones, who appeared before the court with counsel, had violated the terms and conditions of the judgment by failing to participate as directed in a urinalysis program; failing to report to the probation officer as directed by the court or probation officer; and by using a controlled substance. However, the court continued the final disposition on the motion for revocation for a period of 30 days for the defendant to come into compliance with his terms of supervision and if he did, then the court agreed to terminate his supervision.

It now appears that the ends of justice would best be served by terminating the defendant's supervision, as he has obtained full time employment and it does not appear that he has used illegal substances within the last 30 days.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be terminated.

This the 9th day of October, 2012.

Terrence W. Boyle
U.S. District Judge